## JIM DEVANEY v. STATE.

No. A-4664.   Opinion Filed Jan. 24, 1925.
(232 Pac. 452.)

**Intoxicating Liquors—Unlawful Transportation—Evidence Sufficient.**
Evidence examined and found to sustain the verdict and judgment.

Appeal from County Court, Woods County; J. J. Glaser, Judge.

Jim Devaney was convicted of a violation of the prohibitory law, and he appeals. Affirmed.

A. J. Stevens and C. E. Wilhite, for plaintiff in error.

George F. Short, Atty. Gen., and John Barry, Asst. Atty. Gen., for the State.

EDWARDS, J. This is an appeal from the county court of Woods county, wherein the plaintiff in error was convicted in that court on information charging him with unlawfully transporting liquor.

The only assignment of error which is argued in the brief is the insufficiency of the evidence to support the findings and verdict of the jury and judgment of the court.

We have examined the record and considered the briefs on file, and it is the view of the court that the verdict is

sustained by the evidence, and the judgment will, therefore, be affirmed.

BESSEY, P. J., and DOYLE, J., concur.